NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number 1:21-cr-00041-CJN

Bradley Francis Rukstales

(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Rammy Barbari (Bar No. 1032106)

*(Attorney & Bar ID Number)*

Price Benowitz LLP

*(Firm Name)*

409 7th St NW, Suite 200

*(Street Address)*

Washington, DC 20004

*(City)* *(State)* *(Zip)*

202-870-0139

*(Telephone Number)*