# EXHIBIT A

November 3, 2021

The Honorable Carl J Nichols
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C.  20001

Dear Judge Nichols,

I appreciate your attention to this letter.  As I have never engaged with our justice system personally, I am glad to say I feel my rights have been respected throughout my entire case by both the Department of Justice and the Judiciary.

I'd like to share my background with you, in my own words. Most important for your honor to understand is that my values are core to how I conduct my life. To me, values are the "unshakeable truths" that serve as a guide in behaviors, relationships, motivations, and actions.

Truthfulness and honesty are essential to me. In my life, I have tried to live a life of integrity.  As such, I also assume the best in others, and will trust someone until they fail me, rather than approach people or situations with distrust.  This has served me well over time.

I also value authenticity and humility.  I am an introvert, and, having suffered from social anxiety, I tend to be a quiet person. I've overcome this as I've gotten older, as a CEO, consultant, and community leader, but I do live a private life. As such, I have very few close friends and generally keep many thoughts to myself. However, I'm known to speak frankly and thoughtfully when I do talk, and am respected for my leadership.

Accountability and forgiveness go hand in hand. I seek to forgive anyone who accepts responsibility for their wrongs, regardless of the impact it may have on me, my family, or my company.  I accept complete responsibility, and I am accountable for my actions on January 6, 2021. That day, I made a terrible decision by entering the Capitol. As someone who has great respect for the law, police, and our public servants, I am deeply embarrassed and sorry for my actions. I have taken great care in my life to maintain the above described values of conduct and belief. However, on January 6, 2021, I violated my own values, and unfortunately it was in a very public way.

Without getting into the details of my political beliefs and ideology, it is important for the Court to understand that I believe in civic engagement. It is also fair to say that I was personally frustrated and concerned with our country's political discourse after the 2020 election. When I learned about the rally on January 6, it seemed to me that momentum was growing, and that the event would be an important constitutional moment in our republic's history. That is why I came to Washington, D.C. on that day, and brought my family.

As the events unfolded and as I walked towards the Capitol, I saw many others doing the same thing. I noticed that there was a line of people walking into the Capitol building. I got in line thinking that there may be someplace for us to protest inside – I was obviously mistaken.

I approached the door and hoped there was some reason that I would be okay walking into the Capitol, but I knew that it was not right. My actions are beyond regretful and as I've stated

publicly before, "it was the single worst personal decision fo my life; I have no excuse for my actions and wish that I could take them back."

[redacted]

There have been many collateral consequences to my actions, including being forced to leave the company that I built over eighteen years, within 48 hours, and forced to sell the company within 30 days. My firm's clients had boards of directors who were ready to cancel contracts. I couldn't let my employees suffer for my actions, so I left, and have supported the company during the transition. This has been difficult and humiliating.  Also, being thrust into a public discourse as a quiet, private person has been devastating.

Over the past several months, I have been supported by my pastor and some dear friends. They encouraged me to attend two different Christian men's retreats, where I found comfort in my faith, and community with others who have helped me look to the future.  I have been humbled through this experience yet continue to have hope and strength through my faith.

While I am blessed not to face an immediate financial burden, the impact on these events, physically, emotionally, socially, and mentally have been dramatic, and were very immediate. About two weeks after January 6, I was hospitalized with a collapsed gall bladder.  I know my diet, sleeping, stress, and mental state were all impacted during this time.

Your honor, I can say—clearly—that I should not have gone to the Capitol on January 6, and should not have allowed my emotions to get the better of me.  As someone who has tried hard not to let that happen, this was a sorry day in my life. I can also clearly say that I am no danger to my family, community, or anyone in our country.

Thank you, Judge Nichols, for your time to read this letter. I also thank you in advance for any mercy you may provide as you deliberate my sentence.

Kindest Regards,

*Bradley Rukstales*

Bradley Rukstales