# EXHIBIT E

Ava Rukstales

October 19, 2021

The Honorable Carl J. Nichols
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Nichols,

      My name is Ava Rukstales, and I am the daughter of Brad Rukstales. I am 21 years old and work as a sales associate at Bath and Body Works, and I currently live at home with both of my parents. My sister, Morgan, is 25 and works as a music teacher in Worthington, Minnesota. I understand that my father has been convicted of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(G).

      For as long as I can remember, my father has been a strong, compassionate leader who will go above and beyond for the people he loves. From little things, like flowers after a dance recital, to big things, like flying from Chicago to Detroit to see my music debut in college, he has always worked hard to make sure that the people around him feel respected and thought about.

      A few moments come to mind when I consider how my father shows love to others. He is quick to spring into action when others are in need, always going the extra mile to show how much he cares.

      A few years ago, Dad showed deep empathy and compassion towards a young man I had dated for upwards of four years, named Caleb. Caleb had lost his own father right when he needed him the most, those years when a father's guidance helps to lead a young man towards his future. The loss of his father impacted both of our families, as we had been very close through our years of long-distance dating. One day, out of the blue, my father had it on his heart to visit Caleb, even though he was no longer involved with my family, and drove nearly 5 hours one way to have coffee with him. He had no obligation to spend time with this young man, and took time out of his busy career in order to show love and compassion to someone who needed a father's guidance.

      Dad and I have always bonded most effectively through music. When he was a worship leader at our church, I remember moments where he'd let me sit on his lap and plunk on the piano keys at the end of our worship service as he effortlessly played the postlude, smiling at me and encouraging me to be involved in the music. His encouragement has always been so humbling to me, as I look up to him as a natural leader and an advanced musician.

      My father has shown me his love and compassion through music as well, whether through sharing songs that have impacted him or simply listening to guitar practice. Growing up, I had been bullied and harassed out of both private and public schools, and that had a profound impact on my self-esteem and confidence. After one incident in particular, my father sat me down in the music room and played me a song. He told me exactly what he was feeling through music, and some lyrics in particular stood out to me: "We're jealous of you, Phoenix, and what

you're out to find. We're paranoid of trying, and so we stay behind. We cannot face the fire, we would rather die, than face the flame of hurt and pain and from it, learn to fly."

Through sharing his feelings with music, he empowered me, giving me strength through adversity and confidence to endure the pain I was feeling.

Since January, Dad has shown humility and remorse through his daily actions. I'm certain that my father would never consider repeating his offenses, as they were out of character for the father I know and respect. I know him to have a deep respect for the law and those who enforce it, so I am confident that he will not commit another offense.

Kind Regards,

*Ava H Rukstales*

Ava Rukstales