# EXHIBIT F

The Honorable Carl J. Nichols
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, NW
Washington D.C. 20001

Dear Judge Nichols,

My name is Morgan Rukstales. I am a music teacher and I am also Mr. Brad Rukstales' eldest
daughter. I am aware of my father's charges, and I am writing this in order to give you a clearer
picture of my father's character.

I have always known my father to be a generous person and a person who has a deep heart for
service and loving others. Ever since I could remember, he has volunteered hours leading music
at our church. There were times that he would have me sing and play violin/viola with him as he
played piano, which introduced me to the joy of music-making at a young age. Those
experiences performing with him are some of the foundations that led to my musicianship today.
He would also use his skills and talents to participate as a member of the school board at the
school my sister and I attended in our youth.

Throughout my life, Brad has led by example in showing me what it is like to give generously
with the resources one has. I have always known us to be a financially fortunate household,
which is something that as Christians, he and I would have conversations about, since Christ
calls us to give everything we have. My father would keep telling me that even though we are
financially blessed, we need to use those financial blessings to do what we can for others. He has
led by example by anonymously paying for my fellow students' music lessons and leading food
and clothing drives at his former business, Cogensia. He also gave most prominently, I would
say, by starting Cogensia Cares through his business. Cogensia Cares set aside time and funds a
few times a year toward a local non-profit. They would also accept donations to put towards a
non-profit. He always had a heart for service and caring for others.

Brad also has been a part of a microlending expedition in South Africa through our church that
helped South Africans start their own businesses. My father has always been an example to me
of setting aside time and money for those who could use an extra helping hand, but always
without patronization or shame meant towards those being helped. It is an example I try to
follow now in my adult life with my decent salary and free time.

I was in my first year of teaching when the first nation-wide school shutdown happened in 2020
due to the global pandemic. I had to go from figuring out how to teach everything in person to
figuring out how to teach music online alone in my home. Needless to say, during this time, I

was getting restless and depressed. Things were feeling bleak for all teachers during that time, and our collective mental health was steadily declining. I didn't plan on doing anything for my birthday because I was scared of getting anyone sick. I was turning 24 alone in my apartment and was just planning on celebrating by going on a bike ride alone in the spring air.  When I got home from my bike ride, I opened the garage door and saw my father standing behind it, arms outstretched, ready to hug me. For just a moment, I didn't feel so alone anymore. My father had driven 7 hours to come see me for my birthday so that I wouldn't have to spend it alone. This is just one instance out of many, but my father has shown up for me many times when I've needed him most. Even though we disagree politically, he has shown me that his love is unconditional, and that he is someone that I can always depend upon to be there for me when I need him.

I am aware of my father's charges. I do not condone his actions that have led to those charges. Politically, my father and I are on opposite sides. However, his actions on that day should not taint his character. I have known him to be a caring, generous person that yearns to make the world a better place with the resources he has. In our many conversations since the day of his charges, I have heard how remorseful he is and how he wishes he never would have been there. In a phone conversation we had the other day, he told me that he believes he got too involved and he has learned how dangerous it is to get too deeply involved in a political movement instead of focusing on the love and service that Christ calls of us. I believe he is remorseful and I believe that he has learned his lesson.

Sincerely,

(Signed, Morgan Rukstales)
Morgan Rukstales