# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 5:21-cr-41 (CJN) |
| BRADLEY RUKSTALES, | |
| *Defendant*. | |

## ORDER

This matter is before the Court on Defendant Bradley Rukstales' Motion for Leave to File Sealed and Redacted Material and to Late File Defendant's Memorandum in Aid of Sentencing, ECF Nos. 119 and 122, and the United States' Motion for Leave to File Government's Sentencing Memorandum, ECF No. 121.

Accordingly, it is

**ORDERED** that the Motions are **GRANTED**; it is

**FURTHER ORDERED** that a portion of Defendant's Memorandum in Aid of Sentencing, as well as Exhibits A and M, be sealed and that entry on the public docket of the material contained therein be delayed until further order of this Court; it is

**FURTHER ORDERED** that an unsealed, redacted version of Defendant's Memorandum in Aid of Sentencing shall be filed in the public record until further order of this Court; and it is

**FURTHER ORDERED** that the Government's Sentencing Memorandum shall be made part of the record in this case.

DATE: November 4, 2021

CARL J. NICHOLS
United States District Judge

1