**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Case No. 21-cr-41-CJN-5 |
| ) | |
| BRADLEY RUSKTALES,    ) | |
| ) | |
| Defendant.     ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Extend Bureau of Prisons Reporting Date, and the representations in the Defendant's motion, it is hereby,

**ORDERED**, that Defendant's Unopposed Motion is **GRANTED**; and it is hereby,

**FURTHER ORDERED**, that Bradley Rukstales shall report to FCI Milan located at 4004 East Arkona Road, Milan, MI, no later than 2:00pm on February 1, 2022.

January 3, 2022
**DATE**

**CARL J. NICHOLS**
**United States District Judge**